IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at __5:10 p.__
__3 17__, 20__
Deputy Clerk, U.S. District Court
Middle District of Georgia

UNITED STATES OF AMERICA,

VS.

**CARLOS JOHNSON,**

1: 11-CR-12-001 (WLS)

Defendant.

---

## ORDER OF TEMPORARY DETENTION PENDING HEARING

Defendant CARLOS JOHNSON this day appeared before the undersigned for an INITIAL APPEARANCE hearing pursuant to Rule 5 of the FEDERAL RULES OF CRIMINAL PROCEDURE. The government seeks pretrial detention of Defendant Carlos Johnson.

Accordingly, IT IS ORDERED AND DIRECTED that a hearing shall be held herein to determine whether any condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

IT IS FURTHER ORDERED AND DIRECTED that said hearing be held before the undersigned at _10:00 am_ on March __18__, 2011. In the meantime, the Defendant SHALL REMAIN IN THE CUSTODY OF THE U.S. MARSHAL who shall produce him for said hearing at the time and place set forth above.

SO ORDERED AND DIRECTED, this 17th day of March, 2011.

THOMAS Q. LANGSTAFF
UNITED STATES MAGISTRATE JUDGE