**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

# CRIMINAL PRE-TRIAL CALENDAR

## ALBANY ~ OCTOBER 2011 Trial Term

**[Weeks of October 3rd , 11th * and 17th, 2011]**
*\* [10th~ Columbus Day Holiday observed]*

## PRE-TRIAL CONFERENCE(S)

before
**U. S. District Judge W. Louis Sands**
at the
**C. B. King United States Courthouse, 201 W. Broad Ave., Albany, GA**
on
# *WEDNESDAY, AUGUST 31, 2011 @ 3:00 p.m.*

Counsel shall be prepared at the pre-trial conference to present oral argument and evidence in connection with all

pending motions, including, but not limited to, motions to suppress, motions to sever, or any other motion counsel

believe requires an evidentiary hearing.  Counsel shall notify the court of the need for such hearing IMMEDIATELY

UPON RECEIPT OF THIS NOTICE.

Unless otherwise ordered, the following CRIMINAL cases will be CALLED FOR TRIAL on ***Monday, October 3,***

***2011, at 8:30 a.m.*** or thereafter during the Court's **ALBANY ~  OCTOBER 2011 Trial Term** as may be ordered by

the Court.

**ALL DEFENDANTS MUST BE PRESENT AT ALL PROCEEDINGS unless specifically excused by the Court upon**

**a determination that Defendant's presence is not needed.  DEFENSE COUNSEL <u>MUST</u> ARRIVE NO LATER**

**THAN 30 MINUTES PRIOR TO ALL PROCEEDINGS, BUT IN NO EVENT SO LATE AS TO NOT BE ABLE TO**

**PROCEED WHEN THE COURT CALLS THE CASE, notwithstanding counsel's need to consult with an in-**

**custody defendant.  It is counsel's duty to accomplish the same prior to the time of the hearing.**

If a Defendant is in **CUSTODY** (whether Federal or State), the **U. S. Marshals must be notified IMMEDIATELY <u>BY THE U. S. ATTORNEY'S OFFICE</u>** so as to timely arrange for said Defendant's transfer to this Court.

It is defense counsel's responsibility to immediately notify the Court of any Defendant who is not sufficiently proficient in the English language so as to need an interpreter to aid counsel and for court proceedings.  Please contact Joan B. King, Courtroom Deputy/Scheduling Clerk, @ 229.903.1332 so that arrangements may be timely made for the attendance of an interpreter at all proceedings.

Any party requesting a continuance must do so **<u>IMMEDIATELY UPON RECEIPT OF THIS NOTICE</u>**  by filing a separate motion and supporting memorandum, via CM/ECF, stating the reason therefor and legal authority in view of the Speedy Trial Act.  Any proposed order submitted with said motion shall conform to the requirements of the Speedy Trial Act.  <u>As to any Defendant believing that a trial cannot be had with respect to charges or indictment pending on the trial calendar for reason of violation of the Speedy Trial Act, shall file that motion and supporting memorandum not later</u>

than five (5) days prior to the time of the pre-trial conference so that the Court may make a timely inquiry after notice to the Government.  Said inquiry will be made at the time of pre-trial.

All counsel shall promptly review their schedules and be prepared to give an informed response to the Court regarding any potential conflict.  If counsel has a conflict which counsel believes to require a continuance, counsel shall promptly file a motion requesting same with supporting memorandum.  Existing conflicts at the time of pre-trial which counsel fail to disclose to the Court or timely move for continuance will not be later recognized with favor except to prevent manifest injustice.

This **21**st h day of July, 2011.

**GREGORY J. LEONARD, CLERK**

By: /s/ Joan B. King

**JOAN B. KING**
**Courtroom Deputy / Scheduling Clerk**
**to U. S. District Judge W. Louis Sands**
**(229) 903-1332**

*ATTACHMENT:  CRIMINAL CALENDAR*

# CRIMINAL CALENDAR

# ALBANY  ~ OCTOBER  2011 Trial Term

| CASE NO. | DEFENDANT | AUSA | DEFENSE COUNSEL | CHARGE(s) |
|---|---|---|---|---|
| 1:10-cr-15-001 | URBAN ANGRY | A. Dasher | Michael Fennessy | Child Porn |
| 1:10-cr-19-002 | KASSIE ROSS | L. McEwen | Nicole Williams | Cocaine |
| 1:11-cr-2-001 | T'MICHAEL JONES | M. Dennard | Steven Sadow | Crack Cocaine |
| -002 | CHARLES HAIRE | M. Dennard | Oliver Register | Crack Cocaine |
| -003 | TRAVIS BRUTON | M. Dennard | Phil Cannon | Crack Cocaine |
| -004 | JESSIE KIMBLE | M. Dennard | Shaleia Theadcraft | Crack Cocaine |
| -005 | BERNARD GRAHAM | M. Dennard | Rick Collum | Crack Cocaine |
| -006 | MICHAEL MAUGERI | M. Dennard | Steven Kelley | Crack Cocaine |
| -007 | STANLEY GROOMES | M. Dennard | Kermit Dorough | Crack Cocaine |
| 1:11-cr-4-001 | DERRICK A. PICKETT | J. Crane | Bruce Harvey | Theft of Mail |
| 1:11-cr-11-001 | SEAN T. PETROFF | J. Crane | Nicole Williams | Coercion / Enticement |

| | | | | |
|---|---|---|---|---|
| 1:11-cr-12-001 | CARLOS JOHNSON | M. Dennard | Wilbur Gamble, III | Cocaine Base |
| -002 | KELVIN JOHNSON | M. Dennard | Mark Brimberry | Cocaine Base |
| -003 | NICHOLE SHEFFIELD | M. Dennard | Gibert Murrah | Cocaine Base |
| -004 | JOHN HARRIS | M. Dennard | Victor Arana | Cocaine Base |
| -005 | MAURICE SCOTT | M. Dennard | Robert Ledford | Cocaine Base |
| -006 | TYRONE CAINE | M. Dennard | Derek Yarbrough | Cocaine Base |
| -007 | BERNARD GRAHAM | M. Dennard | Rick Collum | Cocaine Base |
| -008 | ERICA JOHNSON | M. Dennard | Robert Pinnero | Cocaine Base |
| -009 | ANTHONY SHULER | M. Dennard | Paul Hamilton | Cocaine Base |
| -010 | JIMMY VICKERS | M. Dennard | Gee Edwards | Cocaine Base |
| -011 | BRANDON McKNIGHT | M. Dennard | William Hall | Cocaine Base |
| -012 | TERRANCE DAVIS | M. Dennard | William Underwood III | Cocaine Base |
| -013 | CASEY CLEMONS | M. Dennard | Roosevelt Carter II | Cocaine Base |
| -014 | TRAVIS BRUTON | M. Dennard | Phillip Cannon | Cocaine Base |

| -015 | MARIKES STROUD | M. Dennard | Chevene King Jr. | Cocaine Base |
| -016 | JAMES WILSON | M. Dennard | Larry M Johnson | Cocaine Base |
| -017 | RON GOSS | M. Dennard | Gerald Williams | Cocaine Base |
| -018 | ANTONIO WINBUSH | M. Dennard | Ingrid Driskell | Cocaine Base |
| -019 | T'MICHAEL JONES | M. Dennard | Steven Sadow | Cocaine Base |
| 1:11-cr-13-001 | REYNALDO ORTEGA -PEREZ | M. Dennard | Nicole Williams | Poss Firearm w/ obliterated SN |
| 1:11-cr-14-001 | LUCAS LORENZO TOMAS -MATEO | M. Dennard | Victor Arana | Illegal Reentry |
| 1:11-cr-15-001 | ENRIQUE MIGUEL DeLUNA | M. Dennard | Nicole Williams | Coercion /  Enticement |
| 1:11-cr-17-001 | JOSE LUIS AGUIRRE -MORALES | M. Dennard | Victor Arana | Illegal Reentry |