U.S. COURTS/MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
201 WEST BROAD AVENUE
ALBANY, GEORGIA 31701

OFFICIAL BUSINESS

TALLAHASSEE FL 323

5 MAR 2021 PM 2 L

RTS No longer here

$0.51
US POSTAGE
FIRST-CLASS
062S0008515921
31701

Carlos Johnson 94865-020
MARIANNA FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 7007
MARIANNA, FL 32447

NIXIE          322   DC 1          0003/12/21
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 31701256601       *2801-03135-05-46